KW  9:30 A
Case: 16-02063-TOM13     341 MEETING AND     341 Hearing: 06/22/2016
CONFIRMATION HEARING BENCH SHEET     Confirmation Hearing: 7/12/16
8/16   11:15

Debtor(s): JONES, BEATRICE     XXX-CC-0581     # of previous Chapter 13 cases - Southern Division:

Debtor Present at 341 meeting? (✓) Yes ( ) No     Previous discharges:

Attorney: BROCK AND STOUT

Attorney Present at 341 meeting? (✓) Yes ( ) No

Debtor Employer: METRO TREATMENT OF ALABAMA
D.O. Sent:

Joint Debtor Employer:
D.O. Sent:

Petition Filed: 05/20/2016
Proposed Plan Payments: 204.00 BIWEEKLY   0%
Latest plan filed: 05/20/2016 #2
Amended plan payment: $_____

Notes from Confirmation Hearing: _____
Debtor present? ( ) Yes ( ) No
Attorney present? (✓) Yes ( ) No
Other: _____
(✓) Enter Confirmation Order
341 MTG. CONCLUDED

CONFIRMATION:     ( ) RECOMMENDED
    ( ) NOT RECOMMENDED
$ ~~366~~ 204   ( ) Weekly     (X) Bi-Weekly
    ( ) Semi-Monthly     ( ) Monthly
For 60 months pursuant to the plan.
Plan payments by ( ) Payroll Deduction (X) Direct
(✓) Composition Plan: 0 % to allowed nonpriority unsecured claims.
( ) Unsecured Pot Plan: _____ to allowed nonpriority unsecured claims.

Attorney fee distribution pursuant to:
Plan ( )    Trustee recommendation (✓)    Attorney agreed (✓)

Total fee: $ 3000
Amount paid prepetition: $ 0
First installment: $ 450 until 12/2016
Balance to be paid: $ 416 monthly for ___ months
Then: $ 17 monthly for ___ months
Then: $ ___ monthly for ___ months

JUN 22 2016   341 meeting continued to _____ Reason: _____

NOTES FOR CONFIRMATION ORDER:
( ) Debtor orally moved in open court to amend plan payment amount and/or increase fixed payment(s).
( ) Claim Number ____ of ____ is to be paid direct and no disbursement through Trustee.
( ) ____ must file proof of claim for arrearage to receive disbursement from Trustee.
(✓) Trustee's Objection to Confirmation and Motion to Dismiss is w/d
( ) Trustee's Objection to Claim of Exemptions is _____
( ) Objection to Confirmation filed by ____ is ____
( ) Debtor proposes to pay the Chapter 13 case filing fee through the Chapter 13 Trustee pursuant to Local Rule 1006-1(c).
(X) Mortgage debt to SERVISOLUTIONS shall be paid direct beginning June/2016
(X) Mortgage debt to SERVISOLUTIONS shall be paid direct beginning June/2016

SPECIAL PROVISIONS:

Case 16-02063-TOM13    Doc 29    Filed 08/18/16    Entered 08/18/16 13:46:44    Desc
Page 1 of 4

5/20/2016

Other Provisions: 1.) ATTORNEY'S FEES FOR THE DEBTOR(S) SHALL BE PAID WITH MONTHLY FIXED PAYMENTS PURSUANT
TO ADMINISTRATIVE ORDER 11-01. 2.) DEBTOR(S) WILL CONTINUE TO PAY PRE & POST PETITION SERVICE DEBT WITH
ALL UTILITY PROVIDERS IN THE ORDINARY COURSE OF BUSINESS IN LIEU OF POSTING A DEPOSIT AS ADEQUATE
ASSURANCE OF FUTURE PAYMENT UNDER SECTION 366 OF THE U.S. BANKRUPTCY CODE. DEBTOR(S) ACKNOWLEDGES
AND AGREES THAT THE AUTOMATIC STAY DOES NOT BAR A UTILITY COMPANY'S EFFORTS TO COLLECT PRE PETITION
AND POST PETITION UTILITY SERVICE DEBT. 3.) THE POST-PETITION/PRE CONFIRMATION ADEQUATE PROTECTION
PAYMENTS SHALL BE PAID BY THE CHAPTER 13 TRUSTEE AS SET OUT IN SECTION (2) ABOVE. 4.) DEBTOR SURRENDERS
THE 2014 HYUNDAI ACCENT TO SANTANDER CONSUMER USA IN FULL SATISFACTION OF THE SECURED CLAIM.
SANTANDER CONSUMER USA SHALL BE ALLOWED AN UNSECURED CLAIM FOR THE DEFICIENCY BALANCE OWED.

Case: 16-02063-TOM13    341 MEETING AND CONFIRMATION HEARING    Hearing Date: 06/22/2016
BENCH SHEET

## TO BE PAID THROUGH TRUSTEE

| Claim | Creditor Name | Adequate Protection Payment | Adequate Protection Payment Ends | Debt Listed | Amt Filed | Secured/ Priority | Interest Rate | Fixed Monthly Payment | Fixed Monthly Payment Begins |
|---|---|---|---|---|---|---|---|---|---|
| | AVANT CREDIT | | | 2,691.00 | | | | | |
| | BARCLAYCARD | | | 1,598.44 | | | | | |
| | CAPITAL ONE | | | 2,796.00 | | | | | |
| 002 | CAPITAL ONE BANK USA NA | | | 2,044.00 | 2,044.64 | | | | |
| 001 | CHECK DEPOT #1206 | | | 587.50 | 441.25 | | | | |
| | DEPT OF ED *Student Loans* | | | 44,051.00 | | | | | |
| | INTERNAL REVENUE SERVICE | | | 0.00 | | P | | | |
| | JT SMALLWOOD, JEFFCO TAX C | | | 0.00 | | P | | | |
| | KIA MOTORS FINANCE CO *2014 Kia Optima* | 179.00 | 11/2016 | 21,276.00 / 19,018.00 | | S | 5.0000 | 394.00 | 12/2016 X54 |
| | LANE BRYANT | | | 1,044.08 | | | | | |
| 3. | SANTANDER CONSUMER USA *2014 Hyundai Accent* | | | *To be Surrendered* 17,356.00 | 19,523.55 | S | | | |
| | STATE OF ALABAMA DEPT OF R | | | 200.00 | | P | | 4.00 | 12/2016 X50 |
| | UNITED CONSUMER FINANCIAL | | | 1,785.00 | | | | | |
| | *****T O T A L***** | 179.00 | | 93,171.02 | 2,485.89 | | | 398.00 | |

## CONTINUING CLAIMS




## UNLISTED CLAIMS




## DEBTS TO BE PAID DIRECT

Case 16-02063-TOM13    Doc 29    Filed 08/18/16    Entered 08/18/16 13:46:44    Desc
Page 3 of 4

| Case: | 16-02063-TOM13 | 341 MEETING AND CONFIRMATION HEARING BENCH SHEET | Hearing Date: 06/22/2016 |
|---|---|---|---|
| Claim | Creditor Name | Amount of Debt | Reason to be paid direct |
| 994 | COURT COST | | |
| | SERVISOLUTIONS | 78,171.76 | |
| | SERVISOLUTIONS | 1,741.58 | |
| | ALABAMA POWER CO CLAIMS DEPT | 0.00 | |